## ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| **TO:** | Honorable Nathanael M. Cousins<br>United States Magistrate Judge | **RE:** | OSCAR ALVAREZ |
| **FROM:** | Silvio Lugo, Chief<br>U.S. Pretrial Services Officer | **Docket No.:** | 5:24-cr-00435-PCP-1 |
| **Date:** | 8/28/25 | | |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Gustavo Rangel                                                                 (408) 535-5226

U.S. Pretrial Services Officer                                          **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No.5, 4th Floor on August 29, 2025 at 11:00 AM.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____   Presiding  District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐            Modification(s)

A.
B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐            Other Instructions:

_____

_____

*[signature]*                                                                 August 28, 2025

**JUDICIAL OFFICER**                                                **DATE**